UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ASHER FADLON;<br>CARMELA FADLON;<br>REDL INC., a California Corporation; and Does 1-10<br><br>　　　　Defendants. | Case No.: 14-CV-03038-DMG-CWx<br><br>**ORDER RE DISMISSAL [14]** |

　　　Plaintiff having filed a notice of voluntary dismissal, and good cause appearing therefor, the above-captioned action is hereby dismissed with prejudice.

　　　IT IS SO ORDERED.

DATED: July 14, 2014　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE